UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80352-MC-CANNON

In Re: The Worth Collection, LTD et al.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal [ECF No. 9], filed on March 22, 2023.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiffs prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective March 22, 2023, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 9].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 23rd day of March 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record